IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARANDA HAMMOCK,      *
                               *
           Plaintiff,      *
vs.                              *      No. 4:16-cv-00839-SWW
                               *
                               *
TYSON FOODS, INC.,          *
                               *
          Defendant.      *

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action be dismissed without prejudice.

IT IS SO ORDERED this 14th day of August 2017.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE